Memorandum Opinion issued January 23, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00910-CV

____________


GAYLE ROTHENBERG, M.D., Appellant


V.


MITRA SHABAZ, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 743121






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss her appeal, stating that the parties have
settled their dispute. 

 The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.